UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-cv-_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| EDGAR MITCHELL, | ) |
| *Defendant*. | ) |

## COMPLAINT

Plaintiff, United States of America, on behalf of the National Aeronautics and Space Administration (NASA), by and through the undersigned Assistant United States Attorney, alleges as follows:

### NATURE OF THIS ACTION

1. This is an action to recover a NASA Data Acquisition Camera used during NASA's exploration of the Moon on its Apollo 14 mission that Defendant attempted to sell for profit at a New York City auction. The NASA Data Acquisition Camera is the property of the United States of America and after having made numerous requests for return of the camera, the United States of America brings the present declaratory judgment, conversion, and replevin action.

### JURISDICTION

2. This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1345 because the United States of America is the Plaintiff in this matter.

## VENUE

3.  Venue is proper in this District under 28 U.S.C. § 1391(b)(1) as the Defendant resides in Lake Worth, Florida in Palm Beach County.

## PARTIES

4.  The United States of America (United States) brings this action on behalf of NASA, an agency of the United States. NASA is responsible for the nation's civilian space program and aeronautics and aerospace research.

5.  Defendant Edgar Mitchell is a former NASA employee who is exercising improper dominion and control over a NASA Data Acquisition Camera (NASA camera). Defendant resides in Lake Worth, Florida in Palm Beach County.

## GENERAL ALLEGATIONS

6.  Defendant Edgar Mitchell was the lunar module pilot on Apollo 14 and spent nine hours working on the lunar surface, making him the sixth person to walk on the Moon. Defendant is now retired from NASA and operates a website that sells his autographed picture. *See* http://www.edmitchellapollo14.com/autographed_photos.htm, last visited June 29, 2011.

7.  On or about March 17, 2011, NASA learned that Bonhams ─ a privately owned British auction house ─ was planning an upcoming Space History Sale that contained an item for sale bearing Lot #207. The item was identified as a "Movie Camera from the Lunar Surface."

8.  Bonhams' description stated that the item came "directly from the collection of Apollo 14 Lunar Module Pilot Edgar Mitchell" and was "one of two 16 mm motion picture 'Data Acquisition Cameras' (DACs) carried on the Apollo 14 Lunar Module, Antares."

9.  At the request of NASA, Bonhams provided NASA with the following additional

2

description of the item:

> MOVIE CAMERA FROM THE LUNAR SURFACE. Flown Data Acquisition Camera, manufactured by J.A. Maurer Inc., model 308A. Metal body, 6 x 4 x 2 inches. Upper face with lever marked 'Mode' for switching frames-per-second rate, including 'Time,' 1, 6 12 and 24 FPS. Metal label with 4-step operating instructions. Magazine-side with rotating lever marked 'Speed' for adjusting shutter speed, ranging from 1/60th to 1/1000th of a second. Bracket-side with label correlating to FPS rate lever position, and channeled bracket attachment; a right-angle bracket is also included, part number 'SEB33100277-001,' also with part number and serial number for the assembly of "SEB33100277-304" and '1010' respectively. The rear of the camera with magazine release bolt with threaded knob. On the bottom plate, a further label for the FPS rate, and attachments for a power remote, with locking cap on chain. The front plate with label showing part number 'SEB 33100100-212' and serial number '1058.' Mounted to front plate with bayonet fitting is a 'Switar' lens manufactured by Kern of Switzerland: focal length 10 mm, focusing from 8 inches to infinity, with apertures ranging from f1.8 to f22, part number 'SEB 33100010-302' and serial number '1024.'

10. Bonhams also provided NASA four pictures of the item, which are attached hereto as Exhibit A.

11. All equipment and property used during NASA operations remains the property of NASA unless explicitly released or transferred to another party.

12. NASA has no record of its camera as having ever been transferred to Defendant.

13. The United States has made numerous requests to Defendant and Defendant's counsel for the return of the NASA camera to no avail.

## COUNT I
*(Declaratory Judgment)*

14. The United States refers to, and incorporates by reference, the allegations contained in paragraphs 1 through 13 of this Complaint as if they were repeated here in full.

15. As Defendant has no legal title or legal right of dominion over the NASA camera, the United States requests a declaratory judgment that the NASA camera is the exclusive

property of the United States.

## COUNT II
(*Conversion*)

16. The United States refers to, and incorporates by reference, the allegations contained in paragraphs 1 through 15 of this Complaint as if they were repeated here in full.

17. The NASA camera is the property of the United States.

18. Defendant is exercising control over the NASA camera and is attempting to sell it to a third-party via an auction undertaken by Bonhams, a privately owned British auction house.

19. Defendant is thereby prohibiting the United States from exercising its rightful control over the NASA camera and to use and/or transfer the NASA camera as it sees fit.

20. The United States and its counsel have made numerous demands to Defendant for the return of the NASA camera and no response has been provided.

21. Defendant has also failed to provide any evidence establishing his legal right to the NASA camera.

22. The United States requests the immediate return of the NASA camera and Defendant be required to pay to the United States all damages, including the costs and fees incurred in bringing this action.

## COUNT III
(*Replevin*)

23. The United States refers to, and incorporates by reference, the allegations contained in paragraphs 1 through 22 of this Complaint as if they were repeated here in full.

24. The United States requests that the NASA camera described herein in this Complaint and pictured in Exhibit A be immediately returned to the United States.

25. The NASA camera is the property of the United States, was used during NASA's

exploration of the Moon, and was apparently taken into possession by Defendant during his employment with NASA.

26. Without authorization or right of title, Defendant is improperly maintaining dominion over the NASA camera and is attempting to sell it to a third-party via an auction undertaken by Bonhams, a privately owned British auction house.

27. As the United States is entitled to the possession of the NASA camera, the United States requests that the Court order the Clerk of the Court to issue a writ of replevin for the camera.

## COUNT IV
*(Injunction)*

28. The United States refers to, and incorporates by reference, the allegations contained in paragraphs 1 through 27 of this Complaint as if they were repeated here in full.

29. The NASA camera is the property of the United States.

30. Defendant is exercising control over the NASA camera and is attempting to sell it to a third-party via an auction undertaken by Bonhams, a privately owned British auction house.

31. Defendant is thereby prohibiting the United States from exercising its rightful control over the NASA camera and to use and/or transfer the NASA camera as it sees fit.

32. If Defendant proceeds with his intention of selling the NASA camera, the United States would be irreparably harmed.

33. Accordingly, the United States requests that Defendant be adjoined from entering into any agreement transferring or limiting the rights of the United States to the NASA camera.

**PRAYER FOR RELIEF**

WHEREFORE, the United States respectfully requests that this Court grant the following relief:

(i) Declare that the United States has good, clean, and exclusive title to the NASA camera identified herein;

(ii) Declare that the Defendant has no legal rights or title in the NASA camera identified herein;

(iii) Require Defendant to immediately produce to the United States or the Clerk of the Court the NASA camera identified herein; and

(iv) Grant the United States all equitable, injunctive, and monetary relief that it may be entitled to under the law; including the awarding of fees and costs.

Dated: June 29, 2011

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: s/ Christopher Macchiaroli
Christopher Macchiaroli (No. A5501305)
Assistant United States Attorney
Email: Christopher.Macchiaroli@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel. No. (305) 961-9420
Fax No. (305) 530-7139

*Counsel for United States of America*